**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SAMUEL WOLDESEMAIT,

Petitioner,

v.

ERIC H. HOLDER, Jr., Attorney General,

Respondent.

No. 09-71434

Agency No. A029-234-362

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 8, 2011[**]

Before:    FARRIS, LEAVY, and BYBEE, Circuit Judges.

Samuel Woldesemait, a native and citizen of Ethiopia, petitions for review

of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen

based on ineffective assistance of counsel. We have jurisdiction under 8 U.S.C.

_____

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

§ 1252. We review for abuse of discretion the denial of a motion to reopen, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir. 2003), and we deny the petition for review.

The BIA did not abuse its discretion by denying Woldesemait's motion to reopen because the motion was filed more than 15 years after the BIA's February 7, 1994, order dismissing the underlying appeal, *see* 8 C.F.R. § 1003.2(c)(2), and Woldesemait failed to demonstrate that he acted with the due diligence required to warrant equitable tolling of the filing deadline, *see Iturribarria*, 321 F.3d at 897.

**PETITION FOR REVIEW DENIED.**